**Opinion issued January 14, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00220-CV
_____

**TIMOTHY SHELBY, Appellant**

**V.**

**DEERBROOK FOREST, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1150375**

---

## MEMORANDUM OPINION

Appellant, Timothy Shelby, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Appellant filed his notice of appeal on March 11, 2020. The clerk's record was filed with the Court on March 13, 2020, and no reporter's record was taken. As a result, appellant's brief was due on April

30, 2020. *See* TEX. R. APP. P. 38.6. Pursuant to the Court's May 19, 2020 en banc order extending time to file briefs, the deadline for filing appellant's brief was extended to June 30, 2020. However, no brief was filed.

On July 6, 2020, appellant was notified by the Court that his appeal was subject to dismissal if he did not file his brief or a motion to extend time to file a brief within ten days. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with order of this Court). Despite the Court's notice that this appeal was subject to dismissal, appellant has not adequately responded.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Guerra.